# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: __Darshi Shah__                                                    22-1182 L

Location of Plaintiff(s)/Petitioner(s) (city/state): __Katy, TX__
_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): __Noah Wexler__
    Firm Name: __Arnold & Itkin LLP__

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____
Street Address: __6009 Memorial Dr.__
City-State-ZIP: __Houston, TX 77007__
Telephone Number: __713-222-3800/713-222-3850__
E-mail Address: __nwexler@arnolditkin.com__

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑Yes ☐No

---

Nature of Suit Code: __509__          Agency Identification Code: __ARM__
Select only one (three digit) nature-of-suit code from the attached sheet.          Number of Claims Involved: __1__

Amount Claimed: $ __Estimated, $450,000+__
          Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
    Is plaintiff a small business? ☐Yes ☐No
    Was this action proceeded by the filing of a ☐Yes ☑No          Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐Yes ☐No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): __Houston, TX__

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐Yes ☑No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

182