### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| DARSHI SHAH and NILOY SHAH, | Case No. 1:22-cv-01182 L |
| Plaintiffs, | Judge Richard A. Hertling |
| v. |  |
| THE UNITED STATES OF AMERICA, |  |
| Defendant. |  |

### NOTICE OF APPEARANCE

To the Clerk of Court:

In accordance with Rule 83.1(b), Genevieve Geiger enters her appearance as co-counsel for Defendant, the United States of America. Jeffrey Spector remains lead counsel for Defendant, in accordance with Rule 83.1(b)(2)(B). Service of all papers on Ms. Geiger, other than those filed through the Court's CM/ECF system, when sent by U.S. Mail, should be addressed:

> Genevieve Geiger
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611

Overnight and hand deliveries should be addressed:

> Genevieve Geiger
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 4 Constitution Square
> 150 M. Street, NE
> Washington, D.C. 20002

Counsel's telephone number is (202) 341-2137 and facsimile number is (202) 305-0506.

Respectfully submitted this 12th day of February, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Genevieve Geiger*
GENEVIEVE GEIGER
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 341-2137
Genevieve.Geiger@usdoj.gov